UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHAROAH DONALD LEE
MCELRATH,

              Plaintiff,

v.

THURSDAY BOOKER, CASEY EHLER, LORI KUNTSMAN, HEATHER RIEHLE, BRIAN HAYES, ZAKKIYA BERRY, AMANDA BARZ, CAPTAIN GONZALEZ, DIANNA VOSS, DONNA RICHMOND, HANNAH JAGLER, FRANCINE O'CLAIRE, R. FREEZE, and JESSICA STODZINSKI,

              Defendants.

Case No. 21-CV-1297-JPS

**ORDER**

      On November 10, 2021, Plaintiff filed his complaint in this case and a motion for leave to proceed *in forma pauperis*. (Docket #1, #2). The same day, the Clerk of the Court requested that Plaintiff provide a certified trust account statement for the past six months, in accordance with 28 U.S.C. § 1915, within twenty-one days. (Docket #3). Plaintiff has yet to file a certified trust account statement. The Court will, therefore, order Plaintiff to file his trust account statement on or before **February 9, 2022**. If Plaintiff does not comply, this action will be dismissed for his failure to prosecute it. Civ. L.R. 41(c).

      Next, while the Court can read Plaintiff's complaint, Plaintiff has submitted several documents to the Court in addition to his complaint that are practically unreadable. The Court is aware of and sympathetic to the

constraints Plaintiff faces in filing a lawsuit from prison—a shortage of paper and writing implements, an inability to access a computer and word processor to assist in typing a complaint, etc. But the Court cannot read much of Plaintiff's submissions as they are written. If Plaintiff wishes for the Court to understand his additional filings, he must refile them, taking care <u>to write clearly with larger print</u>, <u>to write in straight lines</u>, and <u>to avoid using arrows, circles, and boxes</u>.

Accordingly,

**IT IS ORDERED** that Plaintiff shall file his certified trust account statement for the six months preceding the filing of his complaint, on or before **February 9, 2022**, or this action will be dismissed without prejudice for want of prosecution; and

**IT IS FURTHER ORDERED** that Plaintiff resubmit the additional documents he sent to the Court, taking care to write clearly with larger print, to write in straight lines, and to avoid using arrows, circles, and boxes.

Dated at Milwaukee, Wisconsin, this 10th day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:21-cv-01297-JPS   Filed 01/10/22   Page 2 of 2   Document 8